UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRET WILLIAM ROSS,

                Petitioner,

    v.

JASON BENNETT ,

                Respondent.

CASE NO. 3:24-cv-05528-TL-BAT

**REPORT AND RECOMMENDATION**

Petitioner, a Stafford Creek Corrections Center prisoner, filed a petition for writ of habeas corpus and an application to proceed *in forma pauperis.* Dkt. 1. Petitioner submitted a prison trust account that indicates his average monthly receipts total $157.00 and his average spendable balance totals $151.37. Petitioner's prison trust account shows he can pay the $5.00 fee for filing a federal habeas petition. The Court accordingly recommends:

    1.    Petitioner's IFP application be denied.

    2.    Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this report and recommendation, or the matter will be dismissed without prejudice.

    2.    The clerk shall provide a copy of this report to Petitioner.

REPORT AND RECOMMENDATION - 1

This Report and Recommendation is not an appealable order. Therefore, petitioner should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **July 19, 2024**. The Clerk should note the matter for **July 19, 2024.** as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 5th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2